### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 1:25-CR-377 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE PAMELA A. BARKER |
| -vs- | : | |
| | : | |
| CHRISTOPHER JACKSON, | : | **DEFENDANT'S MOTION FOR** |
| | : | **LEAVE TO FILE SENTENCING** |
| Defendant. | : | **MEMORANDUM UNDER SEAL** |

Defendant, Christopher Jackson, through counsel, respectfully moves this Honorable Court to grant leave to file Defendant's Sentencing Memorandum under seal, pursuant to Local Criminal Rule 49.4. Mr. Jackson is requesting permission to file the memorandum under seal because it will contain confidential medical information. Undersigned counsel states that such personal and confidential information should not be available for public viewing.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar:  0051928

*/s/ Alvaro L. DeCola*
ALVARO L. DeCOLA
Assistant Federal Public Defender
Ohio Bar: 0087656
Akron Centre Plaza
50 S. Main Street, Ste. 700
Akron, OH 44308
Phone 330-375-5739 Fax: 330-375-5738
E-mail: alvaro_decola@fd.org