IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:25CR00377 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER JACKSON, | ) | GOVERNMENT'S MOTION TO FILE |
| | ) | DOCUMENT UNDER SEAL |
| Defendant. | ) | |

Now comes the United States of America, through its counsel, David M. Toepfer, United States Attorney, and Margaret A. Kane, Assistant United States Attorney, and respectfully moves this Court for authority to file its sentencing memorandum under seal.  Defense counsel filed his sentencing memorandum under seal as it contains sensitive medical and mental health information. The Government anticipates its sentencing memorandum will reference that same sensitive material.  Therefore, the government respectfully requests authority to file its sentencing memorandum under seal.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:  /s/ Margaret A. Kane
Margaret A. Kane (OH: 0082084)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3624
Margaret.Kane@usdoj.gov